# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERRICK DEMONT FIELDS**                                                                 **PETITIONER**
*ADC #109114*

V.                           CASE NO. 4:22-cv-00871-KGB-JTK

**DEXTER PAYNE,**                                                                         **RESPONDENTS**
*Director, ADC*; and
**PAROLE BOARD COMMISSION**

## ORDER

Pending before this Court are Petitioner Derrick Demont Fields's Motions to Compel, (Doc. Nos. 14–15) Motion to Grant Relief, (Doc. No. 16) Letters of Writ to Grant Relief, (Doc Nos. 17 and 21) and Motion to Amend Complaint and for Summary Judgment. (Doc. No. 23) To summarize, Mr. Fields is alleging that several of his constitutional rights have been violated and that this Court should order his immediate release. Currently, this Court is reviewing Mr. Field's Amended Petition for Writ of Habeas Corpus and will do so impartially. Once it is rendered, Mr. Fields will be notified of this Court's ruling. For this reason, Mr. Fields's Motions and Letters are DENIED.

IT IS SO ORDERED this 22nd day of December, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE